**11 CIV. 1183**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Randolph Washington
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Officer Lamar #18472
Officer Rothwell #18101
Officer Othman #18683
Officer Whittaker #15271
Officer Tufan #16043
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name Randolph Washington
            ID # 87510 02502
            Current Institution GRVC
            Address 0909 HAZEN Street
            East Elmhurst N.Y. 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2007                                    1

Defendant No. 1.    Name **Tutein**    Shield # **16043**
Where Currently Employed **Rikers Island Correctional**
Address **18 18 HAZEN street EAST Elmhurst N.Y. 11370**

Defendant No. 2    Name **Lamar**    Shield # **18472**
Where Currently Employed **Rikers Island correctional**
Address **18 18 HAZEN street EAST Elmhurst N.Y 11370**

Defendant No. 3    Name **Rothwell**    Shield # **18101**
Where Currently Employed **Rikers Island facility correctional**
Address **18 18 HAZEN street EAST Elmhurst N.Y 11370**

Defendant No. 4    Name **Othman**    Shield # **18683**
Where Currently Employed **Rikers Island correctional**
Address **18 18 HAZEN street EAST Elmhurst N.Y 11370**

Defendant No. 5    Name **Whittaker**    Shield # **15271**
Where Currently Employed **Rikers Island correctional**
Address **18 18 HAZEN street EAST Elmhurst N.Y. 11370**

II.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? **This took place in AMKC know as C-95.**

B.    Where in the institution did the events giving rise to your claim(s) occur? **well it started during search and the main intake in the shower room**

C.    What date and approximate time did the events giving rise to your claim(s) occur? **January 7, 2011 between 4 and 5 pm.**

D. Facts:

*What happened to you?*
*Who did what?*

I was beaten up badly while the handcuff was still on me. The officers that was in the main intake shower room with me. The dept was there during this incident but she was not included in the report and I didn't get a good chance to find out her name but the camera has that. The officers that I listed was the ones who seen what happen being that they was involve.

*Was anyone else involved?*

*Who else saw what happened?*

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I have suffered from multiple punches to the facial and head area which resulted multiple knots on the fore head and facial area kick by the back and body that I was handcuff while all of this going on my hands wrist was injured. Medical just gave me ice pack and some pills but refuse to send me to the hospital or x ray to recieved and medical exam of the body.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). *I'm a state inmate coming from downstate to finish an open case that's still pending.*

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ___   No ✓   Do Not Know ___

   If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ✓   No ___

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ___   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? *N/A*

   1. Which claim(s) in this complaint did you grieve? *N/A*

   2. What was the result, if any? *N/A*

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. *N/A*

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: *After the incident took place they place me in the box and give me 200 day's so I file an article 78.*

   2. If you did not file a grievance but informed any officials of your claim, state who you

informed, when and how, and their response, if any: __The Inspector General.__

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. __N/A__

Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.  Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). __I want for the Court to investigate throughout the case and see the pain, damages that the officers cause and to get medical records pictures that was taken after the incident. I would like to recieve the amount of monetary compensation but cannot figure out the amount as of now.__

Rev. 05/2007

5

VI. **Previous lawsuits:**

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

  1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

  2. Court (if federal court, name the district; if state court, name the county) _____

  3. Docket or Index number _____

  4. Name of Judge assigned to your case _____

  5. Approximate date of filing lawsuit _____

  6. Is the case still pending? Yes _____ No _____

    If NO, give the approximate date of disposition _____

  7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____ No _____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

  1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

  2. Court (if federal court, name the district; if state court, name the county) _____

  3. Docket or Index number _____

  4. Name of Judge assigned to your case _____

  5. Approximate date of filing lawsuit _____

  6. Is the case still pending? Yes _____ No _____

    If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **5** day of **February**, 20**11**.

Signature of Plaintiff _____

Inmate Number _____

Institution Address _____

_____

_____

_____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this **5** day of **February**, 20**11**, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *Randolph Washington*

Sworn to before me
this 8th day of February 2011

_____
Notary Public

LAKENYA A. JOHNSON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01JO6221713
Qualified in Kings County
My Commission Expires 5/10/2014

*Rev. 05/2007*